# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **BENNY RAY KING,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No: 2:12-cv-02408-CLS-JHE |
| ) | |
| **ELIZABETH ANTHONY, et. al.,** ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM OF OPINION

The magistrate judge filed a Report and Recommendation on August 2, 2013, recommending that this action filed pursuant to 42 U.S.C. § 1983 be dismissed under 28 U.S.C. § 1915A(b)(1) and/or (2) for failing to state a claim upon which relief may be granted.  No objections were filed.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the Court is of the opinion that the magistrate judge's report is due to be, and it hereby is, ADOPTED, and the recommendation is ACCEPTED.  Accordingly, the complaint is due to be dismissed pursuant to 28 U.S.C. § 1915A(b)(1) and/or (2) for failing to state a claim upon which relief may be granted.  A Final Judgment will be entered.

DONE this 4th day of April, 2014.

                                                    _____
                                                    United States District Judge